## TEYNOR v STATE

Ohio Appeals, 3rd Dist, Crawford Co

Decided July 25, 1933

Alfred S. Leuthold, Bucyrus, for plaintiff in error.

W. J. Schwenck, Bucyrus, for defendant in error.

For full opinion see 40 OLR 197; 191 NE 372; 47 Oh Ap 149.